AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Steadman | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-4081 |
| City of New York | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Steadman and Herbeck (to be added in First Amended Complaint).

Date: 07/29/2025

/s/ Remy Green
*Attorney's signature*

Remy Green 5505300
*Printed name and bar number*

Cohen&Green P.L.L.C.
1639 Centre St., Suite 216
Ridgewood, NY 11385

*Address*

remy@femmelaw.com
*E-mail address*

(929) 888-9480
*Telephone number*

(929) 888-9457
*FAX number*