UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILARY STEADMAN and KRISTIN HERBECK, on behalf of themselves and all others similarly situated.<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>- against -<br><br>THE CITY OF NEW YORK; NYPD MEMBER JACOB CRAIG; NYPD MEMBER CANDICE RICHARDS (Shield No. 8120); NYPD MEMBERS JOHN AND JANE DOES 1-20,<br><br>　　　　　　　　　　　　Defendant(s) | **APPEARANCE OF COUNSEL**<br><br>1:25-cv-4081 |

TO:   The Clerk of the Court and all parties of record.

I am admitted to practice in the United States District Court for the Eastern District of New York, and I appear in this case as counsel for Plaintiffs HILARY STEADMAN and KRISTIN HERBECK, on behalf of themselves and all others similarly situated.

Dated:  New York, New York
　　　　 July 30, 2025

Respectfully submitted,

By: _____
David B. Rankin, NY Bar No. 4391074
Beldock Levine & Hoffman, LLP
99 Park Avenue, PH/26th Floor
New York, New York 10016
P: (212) 277-5825
E: drankin@blhny.com