UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILARY STEADMAN and KRISTIN HERBECK, on behalf of themselves and all others similarly situated.<br><br>         Plaintiffs,<br><br>- against -<br><br>THE CITY OF NEW YORK; NYPD MEMBER JACOB CRAIG; NYPD MEMBER CANDICE RICHARDS (Shield No. 8120); NYPD MEMBERS JOHN AND JANE DOES 1-20,<br><br>         Defendant(s) | **APPEARANCE OF COUNSEL**<br><br>**1:25-cv-4081** |

TO: The Clerk of the Court and all parties of record.

I am admitted to practice in the United States District Court for the Eastern District of New York, and I appear in this case as counsel for Plaintiffs HILARY STEADMAN and KRISTIN HERBECK, on behalf of themselves and all others similarly situated.

Dated: New York, New York
    July 30, 2025

                 Respectfully submitted,

                 By: _____
                 Luna Droubi, NY Bar No. 5004304
                 Beldock Levine & Hoffman, LLP 99
                 Park Avenue, PH/26th Floor New
                 York, New York 10016
                 P: (212) 277-5875
                 E: ldroubi@blhny.com