UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

HILARY STEADMAN and KRISTIN HERBECK, on behalf of themselves and all others similarly situated.

                          Plaintiffs,

   - against -

THE CITY OF NEW YORK; THE CITY OF NEW YORK; NYPD MEMBER JACOB CRAIG; NYPD MEMBER CANDICE RICHARDS (Shield No. 8120); NYPD MEMBERS JOHN AND JANE DOES 1-20,

                          Defendants.

---------------------------------------------------------------------- X

**Case No. 25-cv-4081**

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jessica Massimi, an attorney duly admitted to practice in this Court, appears in this matter on behalf of plaintiffs HILARY STEADMAN and KRISTIN HERBECK.  Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, NY
       August 12, 2025

                                                       Respectfully submitted,

                                                       MASSIMI LAW PLLC
                                                       *Counsel for Plaintiffs*

                                                       By: */s/ Jessica Massimi*
                                                       Jessica Massimi
                                                       99 Wall Street, Suite 1264
                                                       New York, NY 10005
                                                       646-241-9800
                                                       Jessica.Massimi@gmail.com