UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF KINGS

**Plaintiff / Petitioner:**
HILARY STEADMAN ET AL

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No: 25-CV-4081

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY. That on Wed, Aug 13 2025 AT 01:31 PM AT 25 CENTRAL AVE PSA 3, BROOKLYN, NY 11206 deponent served the within summons and FIRST AMENDED CLASS ACTION complaint and notice of commencement by electronic filing on PO CANDACE RICHARDS

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Principal Gouff a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 25 CENTRAL AVE PSA 3, BROOKLYN, NY 11206, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Wed, Aug 13 2025.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: _____   Ethnicity: _____   Gender: _____   Weight: _____
Height: _____   Hair: _____   Eyes: _____   Relationship: Co worker
Other _____

Mitchell Raider
1450036

I affirm this 13 day of AUGUST, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF KINGS

**Plaintiff / Petitioner:**
HILARY STEADMAN ET AL

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
25-CV-4081

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Tue, Aug 12 2025 AT 08:40 AM AT 535 EAST 57TH STREET SRG1, NEW YORK , NY deponent served the within summons and FIRST AMENDED CLASS ACTION complaint and notice of commencement by electronic filing on PO JACOB CRAIG

[X] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ .

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40          Ethnicity: Caucasian          Gender: Male          Weight: 200
Height: 5'8"     Hair: Black                   Eyes: Brown           Relationship:
Other

Mitchell Raider
1450036

I affirm this 12 day of AUGUST, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK COUNTY OF KINGS

**Plaintiff / Petitioner:**
HILARY STEADMAN ET AL

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No: 25-CV-4081

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY. That on Tue, Aug 12 2025 AT 12:08 PM AT 100 Church Street, NEW YORK, NY 10007 deponent served the within summons and FIRST AMENDED CLASS ACTION complaint and notice of commencement by electronic filing on THE CITY OF NEW YORK

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation:** THE CITY OF NEW YORK a defendant, therein named, by delivering a true copy of each to A Goebler personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Clerk thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40   Ethnicity: Caucasian   Gender: Male   Weight: 180
Height: 5'8"   Hair: Brown   Eyes: Brown   Relationship: Clerk
Other

*signature*

Mitchell Raider
1450036

I affirm this 12 day of AUGUST, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.