

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**Joanne M. McLaren**
*Senior Counsel*
jmclaren@law.nyc.gov
Phone: (212) 356-2413
jmclaren@law.nyc.gov

August 29, 2025

**BY ECF**
Honorable Joseph A. Marutollo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Hilary Steadman et al. v. City of New York, et al.</u>
25-CV-04081 (RER)(JAM)

Your Honor:

     I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to represent defendant City of New York ("Defendant") in the above-referenced matter. Defendant writes to respectfully request a sixty-day enlargement of time until October 31, 2025, to answer or otherwise respond to the complaint**.**[1] This is Defendant's first request for an extension of time to respond to the complaint, and this extension would not affect any other deadlines in this matter. David Rankin, Esq., counsel for Plaintiffs in this action, consents to this request.

---

[1] Plaintiffs also name as defendants two NYPD officers. According to the civil docket sheet, these individually named defendants have been served with process. This Office makes no representations as to the adequacy of such service of process. Further, to date, this Office has made no decision regarding the representation of any of these defendants. Nevertheless, the City respectfully requests that the Court *sua sponte* grant the individually named defendants a similar enlargement of time, until October 31, 2025, to respond to the complaint so that their defenses are not jeopardized while representational issues are being resolved.

Plaintiffs Hilary Steadman and Kristin Herbeck ("Plaintiffs") bring this putative class action pursuant to 42 U.S.C. § 1983 on behalf of themselves and others similarly situated alleging, *inter alia*, that the City of New York violated their rights while they were participating in a protest near City College of New York in Harlem on April 30, 2024. On behalf of themselves and a proposed class of other protesters, Plaintiffs purport to seek money damages pursuant to F.R.C.P. 23.

In accordance with this Office's obligations under Rule 11 of the Federal Rules of Civil Procedure, this Office needs time to investigate the allegations of the complaint. The complaint herein alleges various constitutional violations including false arrest, excessive force, violation of First Amendment rights, denial of due process, deprivation of right to a fair trial, malicious prosecution, and municipal liability, along with state law claims, stemming from the arrests of Plaintiffs at the above-described protest. At least one of the Plaintiffs alleges that she suffered physical damages, including bruising, lacerations, and swelling, and psychological and/or emotional damages.

Upon information and belief, the police, prosecution, and court documents relating to the underlying incidents pertaining to the individually named Plaintiffs and those in the putative class have been sealed pursuant to New York Criminal Procedure Law § 160.50 and/or 160.55. To that end, this Office has already forwarded unsealing releases, authorizing this Office to obtain the police, prosecution, and criminal court documents, to the individually named Plaintiffs for execution. An enlargement will allow the individually named Plaintiffs to execute and return the aforementioned unsealing releases and permit this Office to submit an unsealing release to access any sealed records pertaining to the putative class. Also, as Plaintiffs are alleging physical and/or psychological damages as a result of the alleged incident, medical releases have been forwarded to Plaintiffs as well. Without the documents covered by these releases, Defendant is not in a position to meaningfully respond to the complaint.

Based on the foregoing, Defendant respectfully requests an enlargement of time until October 31, 2025, to respond to the complaint.

Defendant thanks the Court for its consideration of this request.

Respectfully submitted,

*s/ Joanne M. McLaren*
Joanne M. McLaren

cc:   All counsel of record (by ECF)