# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| Steadman et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-04081-RER-JAM |
| The City of New York, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                                         .

Date: 09/24/2025

/s/ Gideon Orion Oliver
*Attorney's signature*

Gideon Orion Oliver (GO8799)
*Printed name and bar number*

277 Broadway, Suite 1501
New York, NY 10007

Gideon@gideonlaw.com
*E-mail address*

718-783-3682
*Telephone number*

646-349-2914
*FAX number*