

| MURIEL GOODE-TRUFANT<br>Corporation Counsel | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | JOANNE M. McLAREN<br>*Senior Counsel*<br>Telephone: (212) 356-2413<br>jmclaren@law.nyc.gov |
|---|---|---|

September 26, 2025

**VIA ECF**
Honorable Ramon E. Reyes
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Hilary Steadman, *et al.* v. City of New York, *et al.*
               25-CV-4081 (RER) (JAM)

Your Honor:

      I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, assigned to represent the City of New York ("Defendant") in the above-referenced matter. For the reasons discussed herein, the parties jointly write to request that the Court postpone the initial conference, scheduled for October 3, 2025, and the parties' required completion of the discovery plan for this case, due today, until after resolution of the venue issue in this matter.

      On September 23, 2025, Defendant wrote to respectfully request a pre-motion conference regarding Defendant's anticipated motion for a change of venue to the United States District Court for the Southern District of New York, in accordance with 28 U.S.C. § 1404(a), and to adjourn the initial conference, scheduled for October 3, 2025, and the parties' required completion of the discovery plan for this case. See ECF No. 17. Plaintiff's counsel have not yet determined whether they will consent to the transfer of venue.

      The parties believe that the initial conference, scheduled for October 3, 2025, and completion of a discovery plan, are premature at this point, and respectfully request that the Court postpone the initial conference and discovery plan until after resolution of the venue issue.

The parties thank the Court for its consideration in this matter.

Respectfully submitted,

*Joanne M. McLaren*
Joanne M. McLaren
*Senior Counsel*
*Special* Federal Litigation Division

cc:   All counsel of record (via ECF)