# CIVIL MINUTE CALENDAR

**Before EDNY (<u>Brooklyn</u>), U.S. District Judge Ramón E. Reyes, Jr.**

**Courtroom 2E North**

**Date: <u>November 4, 2025</u>**     **Time in Court: <u>27 minutes</u>**

**Docket Number: <u>25-cv-04081</u>**

**Case Title: <u>Steadman v. The City of New York et al</u>**

**Court Reporter: <u>Kristi Cruz</u>**     **Time Log: <u>N/A</u>**

**Law Clerk: <u>KP</u>**

**Plaintiff(s)/Petitioner represented by: <u>David Bruce Rankin and Jessica S. Massimi</u>**

**Defendant(s)/Respondent represented by: <u>Joanne M. McLaren</u>**

**Type of Hearing Held: <u>premotion hearing</u>**

**Pending Motion(s): <u>N/A</u>**

**TEXT:**

Case called. David Bruce Rankin and Jessica S. Massimi appeared on behalf of the Plaintiffs. Joanne M. McLaren appeared on behalf of the Defendants. Discussions held. Defendants' motion for change of venue is deemed as made on the letters and denied. The parties are directed to meet and confer on a discovery schedule with Magistrate Judge Joseph A. Marutollo. The parties are further directed to meet and confer on a coordination order, following the template created by the George Floyd protest cases. Contact the Court Reporter Kristi Cruz at (718) 613-2676 to order the transcript.