

November 12, 2025

Honorable Joseph A. Marutollo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing

    Re:    <u>Steadman et al. v. City of New York et al.</u>, 25-cv-4081

Dear Judge Marutollo:

    My firm, with co-counsel, represents Plaintiffs and the putative class in the case above. I write to respond to Defendants' letter seeking to relieve the City of various obligations, filed in violation of the Court's Individual Practices and Rules.

    The Court's Rules require any extension request to, among other things, include "***the reasons given by the adversary*** for refusing to consent." Individual Practices and Rules of the Hon. Joseph A. Marutollo § V (emphasis added). Defendants omitted these in the letter at ECF No. 24. Additionally, Defendants seek to move a deadline set for tomorrow, after unilaterally cancelling the 26(f) conference.

    Plaintiffs provided a position well before Defendants filed — and Defendants' violation of the Court's Rules is unexplained. Below is that position. The Court should deny the motion either for violating the Court's Rules, or for the reasons articulated in the letter.

    The "reasons given by the adversary" that Defendants should have included in their motion are:

    Defendants asked to adjourn the conference the Court directed just one week ago, at the conference where it denied Defendants' motion to transfer venue, and Defendants' explanation is that "Defendants have not yet answered, and indeed do not have a deadline to answer, the First Amended Complaint, so discussing a proposed discovery plan is premature."

    First, that claim does not appear to be correct. The Court granted the City's usual motion for more time (ECF No. 16), directing that the "City Defendants' deadline to respond to the complaint is extended until October 31, 2025." Aug. 29, 2025 Minute Order. No further extension or modification appears on the docket.[1] Accordingly, Defendants appear to be in

---

[1] In the letter, Defendants say they believed this deadline was one of the deadlines "associated" with "the initial conference." ECF No. 24 at 2 n. 2. But it is not clear how an answer deadline is associated with an initial conference, since the requirements come from different rules, and Defendants do not explain how they would be — particularly given that Defendants made separate motions to adjust those deadlines.



default. Plaintiffs have prepared a request for Clerk's Certificate of Default (*see* Local Civ. R. 55.1), and are prepared to file it, consent to vacate the default and allow Defendants to file an answer promptly, or follow whatever other course the Court desires.

Next, the parties already had a Rule 26(f) conference confirmed for some time, but two hours before the conference, the City unilaterally declared "we are going to adjourn the 26(f) conference[] ... set for 7:30 p.m. tonight." Though Plaintiffs did not agree and said immediately that the conference should continue (since there was a Court Order to comply with), Defendants failed to appear for the conference or respond to Plaintiffs' immediate objection to unilateral canceling of a required meeting. (While Plaintiffs also served a draft so the parties could "meet and confer on a coordination order" [ECF No. 21], that has not happened because of the canceled conference).

Last, it is noteworthy that Defendants did not raise any objection to discussing discovery when the parties discussed the issue in front of the Court on November 4, 2025, and indeed, did not mention thereafter it until 2 hours before the 26(f).

Accordingly, the initial pre-trial conference and related discovery scheduling tasks should proceed as planned.

So, whether for the reasons articulated in the motion, or because Defendants have ignored the Court's Rules, the motion should be denied. Plaintiffs have sent Defendants a proposed case schedule and proposed coordination order as directed by Judge Reyes, and Defendants have not yet responded. Without a response, unless the Court would prefer otherwise, Plaintiffs plan to submit their proposals, as Ordered, tomorrow.

Respectfully submitted,

/s/
_____

J. Remy Green
  *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t : (929) 888.9480 · f : (929) 888.9457 · FemmeLaw.com