AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Hilary Steadman, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-04081 |
| City of New York, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                          .

Date:  11/12/2025

*Leena Mohmoud Widdi*
*Attorney's signature*

Leena Mohmoud Widdi, 5768742
*Printed name and bar number*

1825 Foster Avenue, Ste 1K
Brooklyn, NY 11230

*Address*

leenawiddi.esq@gmail.com
*E-mail address*

(929) 344-7611
*Telephone number*

*FAX number*