UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

Steadman et al.,

               Plaintiff,               Docket No. 25-cv-4081

               v.                      (Reyes, D.J.)
                                        (Marutollo, M.J.)

City of New York, et al.,

               Defendants.

------------------------------X

### DISCOVERY PLAN AND SCHEDULING ORDER

Upon consent of the parties, it is hereby ORDERED as follows:

1. The date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a)(1), if not yet completed: **December 13, 2025.**

2. No amendment of the pleadings will be permitted after:

3. No additional parties may be joined after:

4. Fact discovery shall be completed by: **November 13, 2026.**

5. Plaintiff(s) shall make Fed. R. Civ. P. 26(a)(2) disclosures, if any, by: **January 13, 2027**.

6. Defendant(s) shall make Fed. R. Civ. P. 26(a)(2) disclosures, if any, by: **January 13, 2027.**

7. All discovery, including expert discovery, shall be completed by: **March 13, 2027**. (*Presumptively 30 days following the final exchange of expert reports*)

1

8. Have the parties discussed the existence of electronically stored information (ESI) and discussed the location and production of such information, as required by Fed. R. Civ. P. 26? Yes_X__ No ____

9. Have the parties entered into an ESI protocol? Yes____ No _X (meting is scheduled)__ Not Applicable____

10. Final date to take the first step in dispositive motion practice, if any: **April 13, 2027**.  (*If the parties do not consent to the jurisdiction of United States Magistrate Judge Joseph A. Marutollo, parties are directed to consult the District Judge's Individual Practices and Rules regarding such motion practice.  The date is presumptively 30 days after completion of expert discovery*)

11. Do the parties wish to be referred to the EDNY's Court-annexed mediation program pursuant to Local Civil Rule 83.8? ____ Yes ____ No **To be determined.**

12. Do the parties consent to jurisdiction before United States Magistrate Judge Joseph A. Marutollo pursuant to 28 U.S.C. § 636(c)? ____ Yes __X_ No (*Answer "no" if any party declines to consent without indicating which party has declined*)

This Scheduling Order may be altered or amended only upon a showing of good cause not foreseeable as of the date of this order.

CONSENTED TO BY:

| Attorney for Plaintiff | Attorney for Defendant(s) |
|---|---|
| Name:<br><br>Remy Green<br>Cohen&Green P.L.L.C. | Name: |
| Address:<br><br>1639 Centre St., Suite 216<br>Ridgewood, NY 11385 | Address: |
| Telephone:<br>(929) 888-9480 | Telephone: |
| Email:<br>remy@femmelaw.com | Email: |

**SO ORDERED:**

Dated: Brooklyn, New York

_____

_____
JOSEPH A. MARUTOLLO
United States Magistrate Judge