UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

Steadman, et al.,

                                                                                                                       25-cv-04081

                         Plaintiffs,

     -against-

The City of New York, et al.,

                         Defendants.

-------------------------------------------------------------------------X

## **(PROPOSED) ORDER**

1. Plaintiffs and Defendants will coordinate discovery in this matter with discovery in the cases pending in the Southern District of New York before Hon. Dale E. Ho, styled *Makkawi et al. v. City of New York et al.*, 25-cv-6321 docket ("*Makkawi*") except to the extent ordered otherwise by either this Court or the *Makkawi* Court.

2. Counsel will avoid seeking discovery in this matter that is duplicative of discovery in *Makkawi*.

3. Plaintiffs shall pursue discovery as to their municipal liability claims in *Makkawi* and abide by the schedule in *Makkawi* with respect to that discovery.

4. Plaintiffs shall pursue discovery as to their individual claims in accordance with the Case Management Plan in this matter with respect to that discovery.

5. All parties will abide by any protective order in *Makkawi* as it relates to discovery conducted in *Makkawi* as though the order also applied in this matter.

6. All discovery, including document and deposition discovery, that has been and will be produced or conducted in *Makkawi*, is deemed part of *Steadman*, subject to any confidentiality restrictions in place as to such discovery in *Makkawi*.

7. Neither party will be required to re-disclose discovery in *Makkawi* in *Steadman*.

8. All rulings on the scope of discovery in *Makkawi* shall apply with equal force to this action, except to the extent otherwise ordered by this Court.

9. All depositions taken at any point in *Makkawi* may be used in this action as if conducted in this action.

10. No deposition of a witness or party conducted in *Makkawi* shall be conducted in this action without leave of this Court.

11. Except to the extent otherwise ordered by the *Makkawi* Court Plaintiffs' counsel may attend and participate in any depositions conducted in *Makkawi*.


S O   O R D E R E D:


_____
Hon. Ramon E. Reyes, U.S.D.J.