UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

HILARY STEADMAN. et al.,

                          Plaintiffs,                    25-CV-04081 (RER) (JAM)

    -against-                         **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,

                          Defendants.

------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that **SANDRA A. BOBER** hereby appears as counsel of record on behalf of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for defendants the City of New York, Jacob Craig, and Candice Richards.

Dated:  New York, New York
          November 17, 2025

                                          MURIEL GOODE-TRUFANT
                                        Corporation Counsel of the City of New York
                                        *Attorney for Defendant the City of New York*

                      By:     /s/ Sandra A. Bober
                              Sandra A. Bober
                              Senior Counsel
                              Special Federal Litigation Division
                              100 Church Street
                              New York, NY 10007
                              (212) 356-0827
                              sabober@law.nyc.gov

cc:     All Counsel of record (via ECF)