Case Name:_____ Case Number:_____CV - _____ (_____) (MMH)

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **PROPOSED DISCOVERY PLAN/SCHEDULING ORDER** | | | |
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | | ▓ | |
| 2. Rule 26(a)(1) disclosures exchanged | | ▓ | |
| 3. Requested: | | | |
|     a. Medical records authorization | | | ▓ |
|     b. CPL § 160.50 releases for arrest records | | | ▓ |
|     c. Identification of John Doe/Jane Doe defendants | | | ▓ |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | | ▓ |
| 5. Procedures for claiming privilege / protecting trial-preparation materials discussed (Rule 26(f)(3)(D)) | | | ▓ |
| 6. Protective Order to be submitted for court approval (_see_ Standing Protective Order on the Chambers website) | | | |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | | |
| 2. Defendant to make settlement offer | | | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (enter proposed completion date) | | | |
| 4. Settlement Conference (enter proposed date) | | | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | ▓ | | |
| 2. Motion to amend pleadings | ▓ | | |
| 3. Initial documents requests and interrogatories | ▓ | | |
| 4. All fact discovery to be completed (including disclosure of medical records) | ▓ | | |
| 5. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | ▓ | | |

Rev. 12-09-2025

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| 6. Expert discovery (only if needed) *Check here if not applicable* ☐ | | | |
| Plaintiff expert proposed field(s) of expertise: | | | |
| Defendant expert proposed field(s) of expertise: | | | |
| a. Affirmative expert reports due | ▓ | | |
| b. Rebuttal expert reports due | ▓ | | |
| c. Depositions of experts to be completed | ▓ | | |
| 7. Completion of ALL DISCOVERY (if different from C.4) | ▓ | | |
| 8. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | ▓ | | |
| 9. If any party seeks a **dispositive motion**, date to<br>  a. file request for pre-motion conference (if required), or<br>  b. file briefing schedule for the motion | ▓ | | |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | ▓ | | |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

1. All parties consent to Magistrate Judge jurisdiction for dispositive motions?  ☐ Yes  ☐ No

2. All parties consent to Magistrate Judge jurisdiction for trial?  ☐ Yes  ☐ No

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

1. Motion for collective action certification in FLSA cases
   a. Response due
   b. Reply due
2. Motion for Rule 23 class certification
   a. Response due
   b. Reply due

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____            _____
**MARCIA M. HENRY**                                         **Date**
United States Magistrate Judge

Rev. 12-09-2025