Case Name: __Steadman, et al., v. The City of New York, et al.,__   Case Number: __25__ CV - __4081__ (_RER_) (MMH)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | X | | |
| 2. Rule 26(a)(1) disclosures exchanged | X | | |
| 3. Requested: | | | |
|    a. Medical records authorization | | | 01/16/2026 |
|    b. CPL § 160.50 releases for arrest records | | | 01/16/2026 |
|    c. Identification of John Doe/Jane Doe defendants | | | 03/20/2026 |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | | 01/30/2026 |
| 5. Procedures for claiming privilege / protecting trial-preparation materials discussed (Rule 26(f)(3)(D)) | | | 01/30/2026 |
| 6. Protective Order to be submitted for court approval (_see_ Standing Protective Order on the Chambers website) | | | 01/30/2026 |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | | The parties are open to discussing settlement but respectfully submit that such discussions are premature at this time. |
| 2. Defendant to make settlement offer | | | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (enter proposed completion date) | | | |
| 4. Settlement Conference (enter proposed date) | | | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | | | 04/20/2026 |
| 2. Motion to amend pleadings | | | 04/20/2026 |
| 3. Initial documents requests and interrogatories | | | 02/02/2026 |
| 4. All fact discovery to be completed (including disclosure of medical records) | | | 09/04/2026 |
| 5. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 09/11/2026 |

Rev. 12-09-2025

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| 6. Expert discovery (only if needed) | | | | *Check here if not applicable* ☐ |
| Plaintiff expert proposed field(s) of expertise: | | police practices; videography; orthopedist | | |
| Defendant expert proposed field(s) of expertise: | | rebuttal | | |
| a. Affirmative expert reports due | | | | 10/11/26 |
| b. Rebuttal expert reports due | | | | 11/11/26 |
| c. Depositions of experts to be completed | | | | 1/8/27 |
| 7. Completion of ALL DISCOVERY (if different from C.4) | | | | 1/8/27 |
| 8. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | | 1/15/27 |
| 9. If any party seeks a **dispositive motion**, date to  a. file request for pre-motion conference (if required), or  b. file briefing schedule for the motion | | | | 30 days after close of discovery |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | | 30 days after close of discovery |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | ☐ Yes  ☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes  x No |

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | X | |
|     a. Response due | | X | |
|     b. Reply due | | X | |
| 2. Motion for Rule 23 class certification | | | to discuss at next conference |
|     a. Response due | | | |
|     b. Reply due | | | |

This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.

SO ORDERED:

*Marcia M. Henry*
**MARCIA M. HENRY**
United States Magistrate Judge

01/08/2026
**Date**

Rev. 12-09-2025