# CIVIL MINUTE CALENDAR

**Before EDNY (<u>Brooklyn</u>), U.S. District Judge Ramón E. Reyes, Jr.**

**Courtroom 2E North**

**Date:** <u>February 17, 2026</u>     **Time in Court:** <u>38 minutes</u>

**Docket Number:** <u>25-cv-4081</u>

**Case Title:** <u>Steadman v. The City of New York et al</u>

**Court Reporter:** <u>Victoria Torres-Butler</u>     **Time Log:** <u>N/A</u>

**Law Clerk:** <u>KP</u>

**Plaintiff(s)/Petitioner represented by:**

<u>Jessica S. Massimi, Tahanie A. Aboushi, and David Bruce Rankin</u>

**Defendant(s)/Respondent represented by:**

<u>Joanne M. McLaren</u>

**Type of Hearing Held:** <u>Premotion hearing</u>

**Pending Motion(s):** <u>N/A</u>

**TEXT:**

Jessica S. Massimi, Tahanie A. Aboushi, and David Bruce Rankin appeared on behalf of the Plaintiffs. Joanne M. McLaren appeared on behalf of the Defendants. Case Called. Discussions held. The parties are directed to provide a briefing schedule for Defendant's motion to dismiss by Friday, February 20, 2026, pursuant to the Court's bundling rule.

Contact the Court Reporter Victoria Torres-Butler at (718) 613-2607 to order the transcript.