

**STEVEN BANKS**
Corporation Counsel

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**JOANNE M. McLAREN**
*Senior Counsel*
Telephone: (212) 356-2413
jmclaren@law.nyc.gov

February 20, 2026

**VIA ECF**
Honorable Ramon E. Reyes
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Hilary Steadman, *et al.* v. City of New York, *et al.*
25-CV-4081 (RER) (MMH)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, assigned to represent the City of New York, Detective Craig Jacob, and Police Officer Candice Richards ("Defendants") in the above-referenced matter. Defendants and plaintiffs ("the parties") jointly write, pursuant to Your Honor's direction at the pre-motion conference held on February 17, 2026 (ECF No. 39), to respectfully request that Your Honor endorse the following proposed motion schedule with respect to Defendants' motion to dismiss:

- Defendants' motion to be served by April 7, 2026

- Plaintiffs' opposition to be served by May 22, 2026

- Defendants' reply to be served and all the fully-briefed motion to be filed by June 8, 2026.

The parties thank the Court for its consideration herein.

Respectfully submitted,

s/ *Joanne M. McLaren*
Joanne M. McLaren
*Senior Counsel*

cc:   All counsel of record (via ECF)