**MASSIMI LAW PLLC**
99 Wall Street, Suite 1264, New York, NY 10005

March 5, 2026

Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

      Re:    **Steadman, et al v. City of New York, et al.,**
                **25 CV 4081 (RER) (MMH)**

Your Honor:

      I, along with co-counsel, represent the Plaintiffs in this matter. The parties submit this joint status letter pursuant to the Court's January 8, 2026 Order directing them to do so. The parties have exchanged their respective requests for production and interrogatories. On March 4, 2026, Plaintiffs served their discovery responses. Defendants' discovery responses were due that same date, but they requested a 40-day extension because their counsel is awaiting documents and information about the *Steadman* protests. On this basis, Plaintiffs consented to Defendants request.

      The parties have not yet engaged in settlement discussions as they believe more information must be exchanged before this is possible.

      The parties thank the Court for its time and consideration.

                                                                                   Respectfully submitted,

                                                                               *Jessica Massimi*
                                                                               JESSICA MASSIMI, Esq.