

<table>
<tr><td>**STEVEN BANKS**<br>Corporation Counsel</td><td>**T**HE **C**ITY OF **N**EW **Y**ORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007</td><td>**JOANNE M. McLAREN**<br>*Senior Counsel*<br>Telephone: (212) 356-2413<br>jmclaren@law.nyc.gov</td></tr>
</table>

April 7, 2026

**VIA ECF**
Honorable Ramon E. Reyes
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  Hilary Steadman, *et al.* v. City of New York, *et al.*
> 25-CV-4081 (RER) (MMH)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, assigned to represent the City of New York, Detective Craig Jacob, and Police Officer Candice Richards ("Defendants") in the above-referenced matter.  Defendants write to inform the Court and counsel for plaintiffs that Defendants have elected not to file a motion to dismiss in this matter and will instead file their Answer today.

Defendants thank the Court for its consideration herein.

Respectfully submitted,

s/ *Joanne M. McLaren*
Joanne M. McLaren
*Senior Counsel*

cc:   All counsel of record (via ECF)