**MASSIMI LAW PLLC**

99 Wall Street, Suite 1264, New York, NY 10005

April 16, 2026

Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

> **Re:** **Steadman, et al v. City of New York, et al.,**
> **25 CV 4081 (RER) (MMH)**

Your Honor:

       I, along with co-counsel, represent the Plaintiffs in this matter. Plaintiffs write to respectfully request a three-week extension of the deadline for Plaintiffs to file a Second Amended Complaint from the current deadline of April 20, 2026 up to and including May 11, 2026. This is the first request for an extension of this deadline and the Defendants consent. The reason for this request is because – though the Defendants have identified NYPD Member Does – the Defendants require two more weeks to identify some remaining NYPD members present in specific screenshots provided by Plaintiffs (which may or may not be the same NYPD members already identified).

       Plaintiffs thank the Court for its time and consideration.

Respectfully submitted,

*Jessica Massimi*

JESSICA MASSIMI, Esq.