AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| HILARY STEADMAN and KRISTIN HERBECK, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| *Plaintiff(s)* | | |
| THE CITY OF NEW YORK;; NYPD DETECTIVE CRAIG JACOB (TAX REG. NO. 935049); NYPD OFFICER MICHAEL GUARDINO (TAX REG. NO. 953934); NYPD OFFICER JOSEPH WOZNIAK (TAX REG. NO. 970326); NYPD LIEUTENANT JOHN KALOUDIS (TAX REG. NO. 928571); NYPD MEMBER CANDICE RICHARDS (Shield No. 8120); NYPD OFFICER ERMIR ALIAJ (TAX REG. NO. 959452); NYPD OFFICER DENNIS PENG (TAX REG. NO. 962674); NYPD SERGEANT JASON PORTEE (TAX REG. NO. 945283), AND NYPD MEMBER DOES 1-3 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  25-cv-4081 |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  see rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Cohen & Green PLLC
1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Brenna B. Mahoney
*CLERK OF COURT*

Date:  5/22/2026

*M.Almonte-Almanzar*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  25-cv-4081

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civil. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date: _____                                _____
                                                                                *Server's signature*

                                                                       _____
                                                                                *Printed name and title*



                                                                       _____
                                                                                *Server's address*

Additional information regarding attempted service, etc:



| Print | Save As... | Reset |

**<u>Amended Summons Rider</u>**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

**CITY OF NEW YORK**
c/o
New York City Law Department
100 Church St.
New York, NY 10007


NYPD MEMBER CANDICE RICHARDS (Shield No. 8120)
c/o
New York City Law Department
100 Church St.
New York, NY 10007

Summons Rider

NYPD DETECTIVE CRAIG JACOB (TAX REG. NO. 935049)
Strategic Response Group 1 Manhattan
524 W 42nd St, New York, NY 10036

NYPD OFFICER MICHAEL GUARDINO (TAX REG. NO. 953934)
Strategic Response Group 1 Manhattan
524 W 42nd St, New York, NY 10036

NYPD OFFICER JOSEPH WOZNIAK (TAX REG. NO. 970326)
Strategic Response Group 1 Manhattan
524 W 42nd St, New York, NY 10036

NYPD LIEUTENANT JOHN KALOUDIS (TAX REG. NO. 928571)
Strategic Response Group 1 Manhattan
524 W 42nd St, New York, NY 10036

NYPD OFFICER ERMIR ALIAJ (TAX REG. NO. 959452)
Strategic Response Group 1 Manhattan
524 W 42nd St, New York, NY 10036

NYPD OFFICER DENNIS PENG (TAX REG. NO. 962674)
Strategic Response Group 4 Queens
137-58 Northern Blvd, Flushing, NY 11354

NYPD SERGEANT JASON PORTEE (TAX REG. NO. 945283)
Strategic Response Group 5 SI
2320 Hylan Blvd, Staten Island, NY 10306