# COHEN❦GREEN

May 19, 2026

Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

By Electronic Filing

**Re:**   **Steadman et al. v. City of New York et al., 25-cv-4081**

Dear Judge Henry:

My firm, with co-counsel, represents Plaintiffs and the putative class in the case above.  I write, jointly with counsel for Defendants, to request an adjustment of the current Discovery Plan and Scheduling Order (ECF No. 33) ("Discovery Plan").

The current close of fact discovery is set for 9/4/2026.  Today, at a meet and confer, Defendants let us know that they expect to complete their currently rolling production approximately six months from now, e.g., on or around Thursday, November 19, 2026.  Accordingly, the parties are, at the City's request, jointly[1] asking to extend all remaining dates on the Discovery Plan by 6 months, to allow appropriate time for the tasks that need to be completed after production.[2]

Per the Court's rules:

(a)   The current deadline for the close of fact discovery is 9/4/2026, and the parties seek to adjourn that and the subsequent deadlines in sections 5 and 6 of the Discovery Plan;
(b)   The reason for the request is above;
(c)   This is the first request to adjust the Discovery Plan;
(d)   n/a
(e)   The parties make this request jointly;
(f)   This request does not affect any currently scheduled appearance, but does — as explained above — require adjustment of all subsequent case deadlines.

Per the Court's Individual Practice Rules § II(B)(6), an amended, proposed Discovery Plan is attached.

As always, we thank the Court for its time and attention.

---

[1] While Plaintiffs would — in a perfect world — have wanted this done more quickly, we are joining the request because we are trying to work with the challenges the City has explained to us, including the staffing available on this case and needed on other cases.

[2] To be absolutely clear, the parties also met and conferred today on other issues, reached appropriate impasses (on which motions will be filed shortly), and the additional six months will not mean the parties are doing nothing until November; just the opposite.



Respectfully submitted,

/s/
_____

J. Remy Green
*Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.



Page 2 of 2

Case Name:_____ Case Number:_____CV -_____ (____) (MMH)

## PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1.  Rule 26(f) Conference held | X | | |
| 2.  Rule 26(a)(1) disclosures exchanged | X | | |
| 3.  Requested: | | | |
|    a.  Medical records authorization | X | | |
|    b.  CPL § 160.50 releases for arrest records | X | | |
|    c.  Identification of John Doe/Jane Doe defendants | X | | |
| 4.  Procedures for producing Electronically Stored Information (ESI) discussed | X | | |
| 5.  Procedures for claiming privilege / protecting trial-preparation materials discussed (Rule 26(f)(3)(D)) | X | | |
| 6.  Protective Order to be submitted for court approval (*see* Standing Protective Order on the Chambers website) | X | | |
| **B. SETTLEMENT PLAN** | | | |
| 1.  Plaintiff to make settlement demand | | The parties are discussing a process for settlement | |
| 2.  Defendant to make settlement offer | | | |
| 3.  Referral to EDNY mediation program pursuant to Local Rule 83.8? (enter proposed completion date) | | | |
| 4.  Settlement Conference (enter proposed date) | | | |
| **C. PROPOSED DEADLINES** | | | |
| 1.  Motion to join new parties | | X | |
| 2.  Motion to amend pleadings | | X | |
| 3.  Initial documents requests and interrogatories | | X | |
| 4.  All fact discovery to be completed (including disclosure of medical records) | | | 11/19/2026 |
| 5.  Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 11/24/2026 |

Rev. 12-09-2025

| 6. Expert discovery (only if needed) | | | *Check here if not applicable*  ☐ | |
|---|---|---|---|---|
| Plaintiff expert proposed field(s) of expertise: | | | | |
| Defendant expert proposed field(s) of expertise: | | | | |

| | **DONE** | **NOT APPLICABLE** | **DATE** |
|---|---|---|---|
| a.  Affirmative expert reports due | | | 4/11/2027 |
| b.  Rebuttal expert reports due | | | 5/11/2027 |
| c.  Depositions of experts to be completed | | | 7/08/2027 |
| 7. Completion of ALL DISCOVERY (if different from C.4) | | | 7/08/2027 |
| 8. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | 7/15/2027 |
| 9. If any party seeks a **dispositive motion**, date to<br>  a. file request for pre-motion conference (if required), or<br>  b. file briefing schedule for the motion | | | 30 days from close of all discovery |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 30 days from close of all discovery |
| **D. CONSENT TO MAGISTRATE JUDGE JURISDICTION** | | | |
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | | | ☐ Yes<br>☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | | | ☐ Yes<br>☒ No |
| **E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY** | | | |
| 1. Motion for collective action certification in FLSA cases | | X | |
| a.  Response due | | X | |
| b.  Reply due | | X | |
| 2. Motion for Rule 23 class certification | | | To discuss at next conference |
| a.  Response due | | | |
| b.  Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____    _____
**MARCIA M. HENRY**                                     **Date**
United States Magistrate Judge

Rev. 12-09-2025

PROPOSED DRAFT