**MASSIMI LAW PLLC**
99 Wall Street, Suite 1264, New York, NY 10005

May 29, 2026

Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

> **Re:**     **Steadman, et al v. City of New York, et al.,**
> **25 CV 4081 (RER) (MMH)**

Your Honor:

I, along with co-counsel, represent the Plaintiffs and the putative class. The parties submit this joint status letter pursuant to the Court's March 17, 2026 Order directing them to do so. On March 4, 2026, Plaintiffs served their discovery responses. On March 17, 2026, a status conference was held with all parties. Thereafter, the Defendants served their discovery responses and Plaintiffs filed a motion to compel regarding those responses.

The parties are considering engaging in settlement discussions.

The parties thank the Court for its time and consideration.

Respectfully submitted,

*Jessica Massimi*

JESSICA MASSIMI, Esq.