**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
STEADMAN, et al.,

                                *Plaintiffs,*

        v.

CITY OF NEW YORK, et al.,

                              *Defendants.*
------------------------------------------------------------------------X

Case No. 25-cv-4081
(RER)(MMH)

AFFIRMATION OF SERVICE

Regina Yu affirms under penalty of perjury and pursuant to CPLR 2106 as follows:

1.  I am over 18 years of age and not a party to this action.

2.  I am an attorney duly admitted to practice law before the Courts of the State of New York as well as the Southern and Eastern Districts of New York and represent Plaintiffs in the above-captioned matter.

3.  On May 25, 2026, at around 8:00 AM, I transmitted the following documents in the above matter to the New York City Law Department by e-mail at ServiceECF@law.nyc.gov for service on Defendant City of New York, and received an auto-reply email in response (attached as Exhibit A):

    a.  Second Amended Class Action Complaint (ECF 46) and
    b.  Amended Summons (ECF 49).

I affirm this 31st day of May 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: Brooklyn, NY
       May 31, 2026

                                   *Regina Yu*

                              _____
                              REGINA YU

# EXHIBIT A

**From:** **ServiceECF (Law)** ServiceECF@law.nyc.gov
**Subject:** Proof of service receipt
**Date:** May 25, 2026 at 8:03 AM
**To:** Regina Yu regina@femmelaw.com

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including  the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.