UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK                    COUNTY OF KINGS

| | |
|---|---|
| **Plaintiff / Petitioner:** | **AFFIRMATION OF SERVICE** |
| HILARY STEADMAN | Index No: |
| **Defendant / Respondent:** | **25-CV-04081** |
| THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Thu, May 28 2026 AT 08:57 AM AT 2320 Hylan Boulevard, Staten Island, NY 10306 deponent served the within SUMMONS AND SECOND AMENDED COMPLAINT on SERGEANT JASON PORTEE

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Principal Lu a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

_____

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 2320 Hylan Boulevard, Staten Island, NY 10306, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Thu, May 28 2026.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Age: | 50 | Ethnicity: | Asian American | Gender: | Female | Weight: | 150 | |
| Height: | 5'3" | Hair: | Black | Eyes: | Brown | Relationship: | Co worker | |
| Other | | | | | | | | |

_____

Mitchell Raider
1450036

I affirm this 28 day of MAY, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK                  COUNTY OF KINGS

| | |
|---|---|
| **Plaintiff / Petitioner:** | **AFFIRMATION OF SERVICE** |
| HILARY STEADMAN | Index No: |
| **Defendant / Respondent:** | 25-CV-04081 |
| THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY. That on Wed, May 27 2026 AT 10:19 AM AT 535 West 57th Street SRG 1, New York, NY 10019 deponent served the within SUMMONS AND SECOND AMENDED COMPLAINT on DETECTIVE JACOB CRAIG

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Police officer Tortorici a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

_____

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 535 West 57th Street SRG 1, New York, NY 10019, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Wed, May 27 2026.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age: 40 | | Ethnicity: Caucasian | | Gender: Male | | Weight: 240 | |
| Height: 5'11" | | Hair: Brown | | Eyes: Brown | | Relationship: Co worker | |
| Other | | | | | | | |

_signature_

_____

Mitchell Raider
1450036

I affirm this 27 day of MAY, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK                    COUNTY OF KINGS

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>HILARY STEADMAN<br>**Defendant / Respondent:**<br>THE CITY OF NEW YORK ET AL | **AFFIRMATION OF SERVICE**<br>Index No:<br>**25-CV-04081** |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Wed, May 27 2026 AT 10:21 AM AT 535 West 57th Street SRG 1, New York, NY 10019 deponent served the within SUMMONS AND SECOND AMENDED COMPLAINT on POLICE OFFICER MICHAEL GUARDINO

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to POLICE OFFICER Tortorici a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
_____

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 535 West 57th Street SRG 1, New York, NY 10019, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Wed, May 27 2026.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 40 | Ethnicity: Caucasian | Gender: Male | Weight: 240 |
| Height: 5'11" | Hair: Brown   Eyes: Brown | | Relationship: Co worker |
| Other | | | |

_____

Mitchell Raider
1450036

I affirm this 27 day of MAY, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK                   COUNTY OF KINGS

---

**Plaintiff / Petitioner:**

HILARY STEADMAN

**Defendant / Respondent:**

THE CITY OF NEW YORK ET AL

**AFFIRMATION OF SERVICE**

Index No:

**25-CV-04081**

---

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Wed, May 27 2026 AT 10:20 AM AT 535 West 57th Street SRG 1, New York, NY 10019 deponent served the within SUMMONS AND SECOND AMENDED COMPLAINT on POLICE OFFICER ERMIR ALIAJ

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to POLICE OFFICER Tortorici a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

---

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 535 West 57th Street SRG 1, New York, NY 10019, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Wed, May 27 2026.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 40 | Ethnicity: Caucasian | Gender: Male | Weight: 240 |
| Height: 5'10" | Hair: Brown | Eyes: Brown | Relationship: Co worker |
| Other | | | |

*[signature]*

Mitchell Raider

1450036

I affirm this 27 day of MAY, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF KINGS

**Plaintiff / Petitioner:**

HILARY STEADMAN

**Defendant / Respondent:**

THE CITY OF NEW YORK ET AL

**AFFIRMATION OF SERVICE**

Index No:

25-CV-04081

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Wed, May 27 2026 AT 09:32 AM AT 137-58 Northern Boulevard SRG 4, New York, NY 11354 deponent served the within SUMMONS AND SECOND AMENDED COMPLAINT on POLICE OFFICER DENNIS PENG

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to POLICE OFFICER Leuffgen a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 137-58 Northern Boulevard SRG 4, New York, NY 11354, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Wed, May 27 2026.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | |
|---|---|---|---|---|
| Age: 40 | Ethnicity: Caucasian | Gender: Male | | Weight: 190 |
| Height: 5'9" | Hair: Brown | Eyes: Brown | Relationship: Co worker | |
| Other | | | | |

Mitchell Raider
1450036

I affirm this 27 day of MAY, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF KINGS

**Plaintiff / Petitioner:**

HILARY STEADMAN

**Defendant / Respondent:**

THE CITY OF NEW YORK ET AL

**AFFIRMATION OF SERVICE**

Index No:

**25-CV-04081**

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Wed, May 27 2026 AT 01:49 PM AT 1278 Sedgwick Avenue SRG 2, Bronx, NY 10452 deponent served the within SUMMONS AND SECOND AMENDED COMPLAINT on POLICE OFFICER JOSEPH WOZNIAK

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to POLICE OFFICER Montesino a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

_____

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 1278 Sedgwick Avenue SRG 2, Bronx, NY 10452, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Wed, May 27 2026.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

Age: 40    Ethnicity: Hispanic    Gender: Male    Weight: 180

Height: 5'7"    Hair: Black    Eyes: Brown    Relationship: Co worker

Other _____

Mitchell Raider

1450036

I affirm this 27 day of MAY, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF KINGS

**Plaintiff / Petitioner:**

HILARY STEADMAN

**Defendant / Respondent:**

THE CITY OF NEW YORK ET AL

**AFFIRMATION OF SERVICE**

Index No:
25-CV-04081

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Wed, May 27 2026 AT 02:12 PM AT 460 Morris Park Avenue TD 12, Bronx, NY 10460 deponent served the within SUMMONS AND SECOND AMENDED COMPLAINT on POLICE OFFICER CANDICE RICHARDS

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Principal Coger a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

_____

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 460 Morris Park Avenue TD 12, Bronx, NY 10460, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Wed, May 27 2026.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | | |
|---|---|---|---|---|---|
| Age: 60 | Ethnicity: African American | | Gender: Female | | Weight: 160 |
| Height: 5'2" | Hair: Black | Eyes: Brown | | Relationship: Co worker | |
| Other | | | | | |

Mitchell Raider
1450036

I affirm this 27 day of MAY, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK                    COUNTY OF KINGS

| | |
|---|---|
| **Plaintiff / Petitioner:** | **AFFIRMATION OF SERVICE** |
| HILARY STEADMAN | Index No: |
| **Defendant / Respondent:** | 25-CV-04081 |
| THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Wed, May 27 2026 AT 10:17 AM AT 535 West 57th Street SRG 1, New York, NY 10019 deponent served the within SUMMONS AND SECOND AMENDED COMPLAINT on LIEUTENANT JOHN KALOUDIS

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Police Officer Tortoricci a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 535 West 57th Street SRG 1, New York, NY 10019, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Wed, May 27 2026.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age: 40 | | Ethnicity: Caucasian | | Gender: Male | | Weight: 240 | |
| Height: 5'11" | | Hair: Brown | | Eyes: Brown | | Relationship: Co worker | |
| Other | | | | | | | |

_Mitchell Raider_
_____
Mitchell Raider
1450036

I affirm this 27 day of MAY, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.