**THE ABOUSHI LAW FIRM PLLC**

**1441 Broadway Fifth Floor**                                    **4922 4ᵗʰ Avenue 2ⁿᵈ Fl**
**New York, NY 10018**                                           **Brooklyn, NY 11220**
**Telephone: (212) 391-8500**                                    **www.Aboushi.com**

June 09, 2026

<u>By Electronic Filing</u>
Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re: <u>Steadman et al. v. City of New York et al.,</u>**
       **<u>25-cv-4081 (RER)(MMH)</u>**

Dear Judge Henry:

  I along with co-counsel represent the Plaintiffs in this matter and write jointly with Defendants' counsel to request that this matter be referred to the Eastern District of New York Alternative Dispute Resolution Program. The parties have conferred and agreed on a mediator.

  We thank the Court for its time and attention to this matter.

Sincerely,

Tahanie A. Aboushi, Esq.