**MASSIMI LAW PLLC**

99 Wall Street, Suite 1264, New York, NY 10005

June 15, 2026

Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

       **Re:**    <u>**Steadman, et al v. City of New York, et al.,**</u>
                  **25 CV 4081 (RER) (MMH)**

Your Honor:

I, along with co-counsel, represent the Plaintiffs in this matter. The parties write to request an adjournment *sine die* of the June 17th status conference in light of the mediation referral and Court's decision that it will hold the pending motion to compel in abeyance pending mediation.

The parties thank the Court for its time and consideration.

Respectfully submitted,

*Jessica Massimi*

JESSICA MASSIMI, Esq.