**THE ABOUSHI LAW FIRM PLLC**

**1441 Broadway Fifth Floor**                                      **4922 4ᵗʰ Avenue 2ⁿᵈ Fl**
**New York, NY 10018**                                              **Brooklyn, NY 11220**
**Telephone: (212) 391-8500**                                       **www.Aboushi.com**

July 17, 2026

By Electronic Filing
Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>       **Re:**     **Steadman et al. v. City of New York et al.,**
>                   **25-cv-4081 (RER)(MMH);**
>
>                   **Makkawi v. City of New York et al.,**
>                   **26-cv-04018 (RER)(MMH)**

Dear Judge Henry,

    I along with co-counsel represent the Plaintiffs in these matters and write jointly with Defendants' counsel pursuant to section IIB4 of Your Honor's Individual Practice Rules to request an additional two weeks for the parties to schedule a mediation date for both matters. We have agreed upon Danielle Shallov and Rebecca Price as mediators and are in the process of coordinating dates for the joint mediation session. This is the parties' first request for an extension of time and said request does not impact any other scheduled Court appearance or deadline.

    We thank the Court for its time and attention to this matter.

Sincerely,

Tahanie A. Aboushi, Esq.