## THE ABOUSHI LAW FIRM PLLC

**1441 Broadway Fifth Floor**
**New York, NY 10018**
**Telephone: (212) 391-8500**

**4922 4th Avenue 2nd Fl**
**Brooklyn, NY 11220**
**www.Aboushi.com**

August 06, 2026

By Electronic Filing
Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   **Steadman et al. v. City of New York et al.,**
> **25-cv-4081 (RER)(MMH);**
>
> **Makkawi v. City of New York et al.,**
> **26-cv-04018 (RER)(MMH)**

Dear Judge Henry,

I along with co-counsel represent the Plaintiffs in these matters and write jointly with Defendants' counsel to inform the court that the parties have scheduled the first mediation to take place on August 18, 2026. In addition, the Court has ordered mediation to be completed by August 19, 2026 however, the parties respectfully request that this deadline be extended to October 19, 2026 as the parties anticipate needing more than one mediation session due to the complexity of the issues involved and size of the proposed class in both matters. Lastly, the parties ask the the Court adjourn the status conference scheduled for August 20, 2026 and all discovery deadlines *sine die* while the parties engage in mediation. The parties propose submitting a joint status letter to the court by September 21 indicating if any progress has been made with mediation and if none, submit a proposed amended discovery schedule.

We thank the Court for its time and attention to this matter.

Sincerely,

_____
Tahanie A. Aboushi, Esq.