COHEN&GREEN

August 24, 2026

Hon. Marcia M. Henry, U.S.M.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing

**Re: Steadman et al. v. City of New York et al., 25-cv-4081**
**Makkawi et al. v. City of New York et al., 26-cv-4018**

Dear Judge Henry:

My firm, with co-counsel, represents Plaintiffs and the putative class in the cases above. I write, jointly with Defendants, to ask the Court to enter the attached, proposed order ("Order") unsealing certain information that might otherwise be sealed under New York Criminal Procedure Law §§ 160.50 & 160.55. The parties believe this information, if it can be shared freely, will facilitate settlement conversations, and accordingly are asking for the Court to enter the proposed order now (as opposed to after mediation, *cf.* Jun. 12, 2026 Minute Order).

We are also asking the Court to enter this Order in both cases.

As for the merits, "[i]n cases presenting federal questions, such as here, discoverability, privileges, and confidentiality are governed by federal law, not state law. Federal courts can and commonly do order production of documents sealed under Section 160.50." *Schomburg v. New York City Police Department*, 298 F.R.D. 138, 141-42 (S.D.N.Y. 2014) (cleaned up) (citing cases). And "state privilege rules should not be permitted to "frustrate the important federal interests in broad discovery and truth-seeking and the interest in vindicating important federal substantive policy such as that embodied in section 1983." *Macnamara v. City of N.Y.*, 2006 U.S. Dist. LEXIS 82926, at *8-9 (S.D.N.Y. Nov. 13, 2006) (cleaned up). Here, the proposed order strikes an appropriate balance between the important privacy interests embodied in the state sealing law, while also allowing accommodating the Federal interests at issue in this litigation.

If the Court enters the proposed Order, the parties will be better able to discuss the possibility of settlement.

As ever, we thank the Court for its time and attention.

Respectfully submitted,

/s/

J. Remy Green
*Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**

*Attorneys for Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.