**THE ABOUSHI LAW FIRM PLLC**

**1441 Broadway Fifth Floor**
**New York, NY 10018**
**Telephone: (212) 391-8500**

**4922 4th Avenue 2nd Fl**
**Brooklyn, NY 11220**
**www.Aboushi.com**

September 21, 2026

By Electronic Filing
Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Steadman et al. v. City of New York et al.,**
**25-cv-4081 (RER)(MMH);**

**Makkawi v. City of New York et al.,**
**26-cv-04018 (RER)(MMH)**

Dear Judge Henry,

I along with co-counsel represent the Plaintiffs in these matters and write jointly with Defendants' counsel to inform the court that the parties have scheduled the second mediation session to take place on October 06, 2026.

We thank the Court for its time and attention to this matter.

Sincerely,



Tahanie A. Aboushi, Esq.