COHEN&GREEN

October 19, 2026

Hon. Ramon E. Reyes, Jr., U.S.D.J.
United States District Court Eastern District of New York

By Electronic Filing.

**Re: Makkawi et al. v. City of New York et al., 25-cv-04018**
**Steadman et al. v. City of New York, et al., 25-cv-04081**

Dear Judge Reyes:

My firm, with co-counsel, represents Plaintiffs and the putative classes in the cases above. I write to jointly with Defendants per the Court's August 10, 2026 Order that mediation must be completed by today.

Mediation is ongoing. The parties are in the process of scheduling the next session, for late November. As such, we request an extension time to complete mediation.

Respectfully submitted,
/s/

Elena L. Cohen
*Honorific/Pronouns: Ms., she/her/hers*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.